UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZHUMADYLOV ALYBEK BEKKULUEVICH (A-Number: 249-121-502),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

Case No.  1:26-cv-2433-DC-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 11)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2026, ECF No. 11, are ADOPTED;

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. The preliminary injunctive relief previously granted, ECF No. 9, is made permanent; and

4. The Clerk of the Court is ordered to enter judgment in favor of petitioner and close this case.


IT IS SO ORDERED.

Dated:    **June 12, 2026**

_____
Dena Coggins
United States District Judge